**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Lemonze E. FORD, Defendant–Appellant.**

No. 08–7144.

United States Court of Appeals, Fourth Circuit.

Submitted: April 16, 2009.

Decided: April 22, 2009.

Lemonze E. Ford, Appellant Pro Se. Elizabeth Jean Howard, Assistant United States Attorney, Greenville, South Carolina, for Appellee.

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lemonze E. Ford appeals the district court's order denying his motion for sentence reduction under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Ford,* No. 7:03–cr–01094–HFF–14 (D.S.C. filed June 13, 2008, entered June 17, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*